1434

**2010-1135. In re Resignation of Gander.**
It is ordered by this court, sua sponte, that Van Abram Gander, Attorney Registration No. 0039344, last known business address in Cambridge, Ohio, is found in contempt for failure to comply with this court's order of September 8, 2010, to wit: failure to file an affidavit of compliance on or before October 8, 2010.

**2010-1249. In re Resignation of Cronin.**
It is ordered by this court, sua sponte, that Maureen A. Cronin, Attorney Registration No. 0034598, last known business address in Youngstown, Ohio, is found in contempt for failure to comply with this court's order of September 8, 2010, to wit: failure to file an affidavit of compliance on or before October 8, 2010.

**2010-1409. In re Resignation of Bobb.**
It is ordered by this court, sua sponte, that Rebecca Elizabeth Bobb, Attorney Registration No. 0074654, last known business address in Dayton, Ohio, is found in contempt for failure to comply with this court's order of September 24, 2010, to wit: failure to file an affidavit of compliance on or before October 25, 2010.

**2010-1649. In re Resignation of Eschrich.**
It is ordered by this court, sua sponte, that Thomas Craig Eschrich, Attorney Registration No. 0026741, last known business address in Norwalk, Ohio, is found in contempt for failure to comply with this court's order of October 20, 2010, to wit: failure to file an affidavit of compliance on or before November 19, 2010.

**2010-1675. In re Resignation of Novak.**
It is ordered by this court, sua sponte, that Henry Novak, Attorney Registration No. 0040407, last known business address in Brecksville, Ohio, is found in contempt for failure to comply with this court's order of October 20, 2010, to wit: failure to file an affidavit of compliance on or before November 19, 2010.